

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   OCT - 8 2021

BROOKLYN OFFICE

Justin A. Greenblum
1452 Drumgoole Road West
Staten Island, NY 10312

NEW YORK NY 100
20 SEP 2021 PM 12 L

quadient
09/15/2021
US POSTAGE $001.00⁰
ZIP 11201
041M11470324

FORWARD TIME EXP RTN TO SEND
GREENBLUM JUSTIN A
230 DOWNES AVE
STATEN ISLAND NY 10312-4054
RETURN TO SENDER

420C0010/03/21

USMS

